# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHIMEZIE CHIAMA

NO. 2025 KW 1166

**NOVEMBER 14, 2025**

---

In Re:    Chimezie Chiama, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 25-TEMP-03522.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** The writ application filed on November 8, 2025 is untimely. Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C)(11), by failing to include documentation of a timely request for a return date and a timely request for an extension of the return date. Counsel also failed to comply with Rules 4-5(C)(5), (6), (7), (8), (9) and (10), by failing to include specifications of error and copies of the following: the judgment, order, or ruling complained of, the judge's reasons for judgment (if any), the affidavit of probable cause for arrest, the opposition or a statement that no opposing written document was filed, and the pertinent court minutes. Moreover, although it is not a violation of the Uniform Rules, we note that counsel failed to include a complete copy of the motion hearing transcript and a copy of the exhibits introduced /proffered at the hearing. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. If counsel elects to file a new application in compliance with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5, which includes proof that a timely return date was obtained and corrects the deficiencies noted herein, he may do so on or before December 19, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT